UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>WILLIAM KNOX,<br><br>Defendant. | 15 Cr. 445 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's April 6, 2020 letter and the sworn declaration of an officer of the Bureau of Prisons ("BOP") attached thereto. Dkt. 1079. The Court directs defense counsel to respond by Wednesday, April 8, 2020, at 5 p.m.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 6, 2020
　　　　New York, New York