UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIAM KNOX,

                Defendant.

15-CR-445 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defense counsel has notified the Court by email that, contrary to counsel's earlier understanding, Mr. Knox's mother no longer lives in the Patterson Houses. During his period of home confinement, Mr. Knox accordingly will be living outside of those housing projects. The Court accordingly rescinds the portion of the Court's order of Friday, April 10, 2020, Dkt. 1088 at 4 n.1, that temporarily waived the condition of supervised release barring Mr. Knox from, *inter alia*, residing in those projects. That condition remains in force. The Court expects that the order that counsel are developing to set out the conditions of home confinement to which Mr. Knox will be subject until October 28, 2020, will correctly identify the residence at which Mr. Knox will be residing.

SO ORDERED.

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: April 12, 2020
       New York, New York