UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

WILLIAM KNOX,                          15-CR-445 (PAE)

              Defendant.          **ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      It is hereby ORDERED that, this Court having directed that William Knox be released forthwith from the custody of the Bureau of Prisons pursuant to Title 18, United States Code, Section 3582(c)(1)(A):

      1.    William Knox shall serve a term of home incarceration, to be enforced by GPS monitoring, at 1264 Sheridan Ave, Apartment 2J, Bronx, NY 10456, until October 28, 2020 (the "Approved Residence");

      2.    In light of the COVID-19 pandemic, William Knox must remain at his Approved Residence except to seek any necessary medical treatment or to visit with counsel, in each instance with prior notice and approval by the Probation Department;

      3.    William Knox is to possess or have access to a telephone that will allow video conferencing by the Probation Department; and

      4.      William Knox is to report to the Probation Department at 500 Pearl Street, 6th floor, on April 29, 2020 at 10AM (following 14 days of self-quarantine) to have the GPS tracker affixed to his ankle.

Dated:      New York, New York
              April 14, 2020

*Paul A. Engelmayer*
_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK