UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          -v-<br><br>WILLIAM KNOX,<br><br>                                              Defendant. | 15-CR-445 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On April 10, 2020, the Court issued an order granting defendant William Knox compassionate release from incarceration at the Metropolitan Correctional Center, due to the danger presented by COVID-19. Dkt. 1088. The Court's order allowed Mr. Knox to serve the duration of his prison term—which was to end on October 28, 2020—in home confinement, and stated that "[d]uring the period of home confinement, [Mr. Knox] is to be permitted to leave the apartment only for medical appointments, visits with counsel, and as otherwise authorized in advance by the Probation Department." *Id.* at 3–4. On April 15, 2020, the Court issued an order endorsing the parties' proposed conditions of home confinement, to be enforced by GPS monitoring, at the "Approved Residence," until October 28, 2020. Dkt. 1094.

Today, the Court received a voicemail from defendant William Knox, requesting, in sum and substance, permission to leave the premises of his home confinement for employment purposes. The Court immediately relayed Mr. Knox's request to all counsel via email. The Court directs defense counsel, the Government, and the Probation Department to confer and discuss whether allowing Mr. Knox to leave his Approved Residence for employment purposes,

with advance notice and approval of the Probation Department, prior to October 28, 2020, would be appropriate.

SO ORDERED.

                                                     _____
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: May 1, 2020
          New York, New York