UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                      -v-                                     :          15-CR-445-12 (PAE)
                                                                        :
WILLIAM KNOX,                                                           :          SCHEDULING ORDER
                                                                        :
                      Defendant.                               :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **July 7, 2020** at **12:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: July 1, 2020
       New York, New York

                                                           *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge