```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :
                                            ORDER
            -v-                     :
                                         15-CR-445-12 (PAE)
WILLIAM KNOX,                       :

            Defendant.              :

- - - - - - - - - - - - - - - - - -X
```

IT IS HEREY ORDERED that, as stipulated and agreed by all parties during the telephone conference held on July 27, 2020, as reflected in the minute entry on the public docket for those proceedings dated July 27, 2020, and for the reasons discussed in the parties' letter dated July 21, 2020 and at the July 27, 2020 conference, the electronic monitoring condition that is currently one of the terms of defendant William Knox's supervised release is REMOVED, and the condition that Knox must remain in his residence unless granted permission to leave it by the Probation Department is SUSPENDED, as of July 27, 2020.

Dated:  New York, New York
        July 28, 2020

                                       _____
                                             Hon. Paul A. Engelmayer
                                             UNITED STATES DISTRICT JUDGE